PEOPLE ex rel. THOMSON v. FEITNER et al. (Supreme Court, Appellate Division, First Department. May 24, 1901.) Proceedings by the people of the state of New York on the relation of Anne D. Thomson, against Thomas

L. Feitner and others. No opinion. Motion granted. Question to be formulated on settlement of order.